UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURTEJ SINGH,<br><br>        Plaintiff,<br><br>   v.<br><br>LEON RODRIGUEZ, Director, USDHS-CIS, et al.,<br><br>        Defendants. | Case No. 1:16-cv-01539-DAD-BAM<br><br>**STIPULATION AND ORDER FOR DISMISSAL BY OPERATION OF LAW**<br><br>(Doc. 9.) |

On January 9, 2017, the parties filed a stipulation of voluntary dismissal of this action in its entirety.[1] (Doc. 9). In light of the parties' notice of voluntary dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is to bear its own fees and costs. This Court VACATES all pending dates and matters, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

    Dated:   **January 11, 2017**          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1]     Labelled as a Motion to Dismiss on the Court's docket.